UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20028-CR-MARTINEZ/MCALILEY

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

ELISA RIVERA,
        Defendant.
_____/

## NOTICE OF FILING DEFENDANT'S RECOMMENDATION LETTERS

The Defendant, ELISA RIVERA, by and through the undersigned counsel, respectfully files the following for review:

    A.    Character Letter, *attached hereto.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Edward Stamm, Esq., AUSA, Office of the United States Attorney** this 6th day of May 2022.

Respectfully submitted,

By:   *Michael Mirer*
MICHAEL MIRER, ESQ.
Florida Bar No. 0119490
100 Biscayne Blvd,
Suite 1300
Miami, Florida 33132
Tel.: 305-536-6177
Fax: 305-536-6179

Your Honor,

Elisa Rivera and I have known each other for over twenty years. But only recently became true friends and a loving sisters in Christ. Our bond is through the God we both serve. I believe she came into my life to give me the encouragement to fight for what God has planned and purposed for me, and the support to see that battle through. I am thankful that God put her in my path during what seemed to be the most difficult time in my life. Her words, prayers, and love truly made a difference.

I write this letter because it is important for me to state and you to know that Elisa is dedicated to doing what is right and being loyal to those she loves, even if she suffers the consequences as a result of doing it. There are not very many of us that have the courage that she does to confront and face things head on and with the faith that God's will always prevails no matter what. I only wish that I could be as strong and faithful as she is. But as each day passes and each trial makes its way, I am reminded of her resilience and perseverance. I am reminded that God is truly in control of all things even when it seems He isn't. If it wasn't for God placing Elisa in my life at the right time, showing me that He is truly with me, I truly believe my life would have taken a different course.

My prayer is that God be merciful to my sister in Christ through you. The response to that prayer is that I know He will be. Please know that I count on her texts every morning giving me the encouragement to face all that is placed before me throughout the day and with the faith that all will be well.

Your Honor, I thank you for giving me the opportunity to tell you about my friend Elisa and to have this letter read before you.

Eva Zuaznabar