UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO. 22-20028-CR-MARTINEZ/MCALILEY


UNITED STATES OF AMERICA,
                    Plaintiff,
vs.

ELISA RIVERA,
                    Defendant.
_____/

## SECOND NOTICE OF FILING DEFENDANT'S RECOMMENDATION LETTERS

The Defendant, ELISA RIVERA, by and through the undersigned counsel, respectfully files the following for review:


A.      Character Letter, *attached hereto.*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished to: **Edward Stamm, Esq., AUSA, Office of the United States Attorney** this 9th day of May 2022.

Respectfully submitted,


By: _*Michael Mirer*_
        MICHAEL MIRER, ESQ.
        Florida Bar No.  0119490
        100 Biscayne Blvd,
        Suite 1300
        Miami, Florida 33132
        Tel.: 305-536-6177
        Fax: 305-536-6179

May 08, 2022

To whom it may concern

I, Ginette Acevedo, have known Elisa since 2007 when we were studying for a master's degree in Psychology at Carlos Albizu University. Elisa revealed herself to be a friend who is always willing to help. Due to my first language being Spanish, I faced many difficulties, but Elisa Rivera was always willing to help me. Elisa was always available to help others and was genuine towards people.

Respectfully,

Ginette Acevedo